IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MIRROR METALS, INC., | |
| Plaintiff, | |
| v. | Court No. 26-03395 |
| UNITED STATES, | |
| Defendant. | |

**ORDER**

Upon consideration of defendant's consent motion for a protective order, it is hereby ORDERED that the motion is granted. The proposed protective order will be entered accordingly.

Dated: ____________, 2026
New York, NY

______________________________
JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MIRROR METALS, INC., Plaintiff, v. UNITED STATES, Defendant. | Court No. 24-00260 |

**DEFENDANT'S CONSENT MOTION FOR PROTECTIVE ORDER**

Pursuant to Rules 5.2 and 7 of the Rules of the Court of International Trade and Administrative Order 02-01, defendant respectfully requests that the Court enter the accompanying proposed protective order, restricting the disclosure of business proprietary or other confidential information that will be produced in the course of this proceeding, and permitting the parties to file such information and documents under seal. On August 25, 2026, Ms. Katherine Dobscha, counsel for the plaintiff, represented that they consent to this motion.

The nature of the case establishes good cause for entry of this proposed judicial protective order. The administrative record of the Department of Commerce's determinations on the exclusion requests at issue in this case contains business proprietary information of the requestor and/or objectors. Further, the administrative action underlying this action did not have an administrative protective order associated with it.

Pursuant to Administrative Order 02-01, ¶ 2, access to business proprietary information will be governed by the entry of a judicial protective order unless jurisdiction is asserted under 28 U.S.C. § 1581(c). Jurisdiction in this case is asserted under 28 U.S.C. § 1581(i) and thus a

judicial protective order is appropriate. For these reasons, there is good cause to issue a judicial protective order and defendant respectfully requests that the Court enter the accompanying proposed order.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2228
Email: Tara.Hogan@usdoj.gov

August 25, 2026

Attorneys for Defendant, United States